UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PRO SE PARTY'S NOTIFICATION OF INTENT TO E-FILE**

Case name: Elias Torres Ramirez v. VAL

Case number: 24-cv-03190-AGT

*FILED JUN -3 2024 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA*

Your name: Elias Torres Ramirez

Address: 665 Russell Ave. #3  Santa Rosa CA 95403

Phone number: 707 727 5466

Email address: _____

As the ☒ Plaintiff ☐ Defendant representing myself in the above-captioned matter, I hereby register as an e-filer in this particular case and affirm that:

1) I already have a PACER account.

2) I am already registered to e-file in the United States District of Northern California. I was an e-filer in the previous case (*provide case name and number*): 24-cv-03190-AGT

3) I am familiar with this Court's requirements for e-filing and agree to abide by them.

4) I will receive notices and documents **only by email** in this case and **not** by regular mail.

5) I have regular access to the internet and to my email account to receive notifications from the Court, to retrieve documents from the e-filing system, and to file my documents in compliance with applicable deadlines.

6) I have the necessary technology to save and file my documents in PDF format.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/31/2024   Sign your name: *Elias Torres Ramirez*

**Email a PDF of this signed form to ecfhelpdesk@cand.uscourts.gov.**